**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TURRELLE DANNAIL GIVENS**                                                                 **PLAINTIFF**

**v.**                                    **4:11-cv-00440-BRW-JTK**

**NURSE BRYANT, et al.**                                                                  **DEFENDANTS**

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Amended Complaint against Defendants is DISMISSED for failure to state a claim.

IT IS FURTHER ORDERED that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an in forma pauperis appeal from an Order and Judgment dismissing this action is not taken in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE