IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TURRELLE DANNAIL GIVENS**                                                              **PLAINTIFF**

**v.**                                    **4:11-cv-00440-BRW-JTK**

**NURSE BRYANT, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim  The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. §1915(a)(3), that an in forma pauperis appeal from an Order and Judgment dismissing this action is not taken in good faith.

IT IS SO ORDERED this 18th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE